**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Antonio CAMEY–ALVARADO, aka Camey Rosario, Santos Balvino, Juan Lopez, Defendant–Appellant.**

**No. 07–50359.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

April Anita Christine, Esquire, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Shawn R. Perez, Law Offices of Shawn R. Perez, Las Vegas, NV, for Defendant–Appellant.

Luis Antonio Camey–Alvaro, pro se.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Luis Antonio Camey–Alvarado appeals from the 120–month sentence imposed fol-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lowing his guilty-plea conviction for conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Camey–Alvarado contends that the district court erred when it determined that he was not eligible for safety-valve relief under 18 U.S.C. § 3553(f). We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Nunez,* 223 F.3d 956, 958–59 (9th Cir.2000); *see also United States v. Jacobo Castillo,* 496 F.3d 947, 957 (9th Cir.2007) (en banc).

**AFFIRMED.**